CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

FEB 10 2010

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| JEFFREY WHITEBEY, A.K.A. JEFFREY WHITE, | )<br>)<br>) |
| Petitioner, | ) Case No. 7:10CV00051<br>) |
| v. | ) **FINAL ORDER**<br>) |
| | ) By: Glen E. Conrad |
| WARDEN, OLIVIA JOHNSON, SHERIFF, | ) United States District Judge<br>) |
| Respondent. | ) |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that the petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, is **DISMISSED** without prejudice; and this action is stricken from the active docket of the court. Based upon the court's finding that the defendant has not made the requisite showing of denial of a substantial right, a certificate of appealability is **DENIED**.

ENTER: This 8th day of February, 2010.

_____
United States District Judge