CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

FEB 10 2010

JOHN F. CORCORAN, CLERK
BY: [signature]
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **JEFFREY WHITEBEY, A.K.A. JEFFREY WHITE,** | ) | |
| **Petitioner,** | ) | **Case No. 7:10CV00051** |
| **v.** | ) | **FINAL ORDER** |
| **WARDEN, OLIVIA JOHNSON, SHERIFF,** | ) | **By: Glen E. Conrad**<br>**United States District Judge** |
| **Respondent.** | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that the petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, is **DISMISSED** without prejudice; and this action is stricken from the active docket of the court. Based upon the court's finding that the defendant has not made the requisite showing of denial of a substantial right, a certificate of appealability is **DENIED**.

ENTER: This 8th day of February, 2010.

[signature]
United States District Judge